# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      *Plaintiff*,

      v.                                    **Civ. No. 11-137 CEG/KBM**

7509 JACKRABBIT STREET NE,
ALBUQUERQUE, NEW MEXICO 87113

MORE PARTICULARLY DESCRIBED AS: LOT NUMBER TEN-P-ONE (10P1),
IN BLOCK LETTERED "K", OF BERNARDO POINTE, WITHIN THE ELENA
GALLEGOS GRANT, CITY OF ALBUQUERQUE, BERNALILLO COUNTY,
NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT
THEREOF, FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO
COUNTY, NEW MEXICO, ON JUNE 21, 2005 IN PLAT BOOK 2005C, PAGE 209,

FUNDS IN THE AMOUNT OF $29,748.29
FROM CHECKING ACCOUNT NO. **9456 AND
SAFE DEPOSIT BOX NO. **0374
WELLS FARGO BANK,

HECKLER & KOCH, MODEL USP COMPACT
.40 CALIBER, SN: 26-103191,

COLT GOVERNMENT CARBINE, MODEL AR15 A2
.223 CALIBER, SN:GC016739,

      *Defendants,*

and

SHEROLYN DESANTIS,
PAUL N. DESANTIS, AND
NUNZIO DESANTIS,

      *Claimants.*

## ORDER GRANTING MOTION TO AMEND COMPLAINT

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Amend

Complaint by Interlineation (Doc. 22) and the Court being fully advised in the premises, FINDS the

motion is well taken.

IT IS ORDERED that the February 11, 2011 complaint (Doc. 1) is hereby amended to correct Defendant Heckler & Koch, model USP compact .40 caliber Serial Number 26-103191 and is reflected in the above caption.

 

THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE


SUBMITTED BY:                                        APPROVED BY:

 *Electronically submitted 12/16/11*                  *Approved by email 12/16/11*
STEPHEN R. KOTZ                                   JASON BOWLES
CYNTHIA L. WEISMAN                          B.J. CROW
 Assistant U.S. Attorneys                          MONNICA GARCIA
                                                                   Bowles & Crow
                                                                   Attorneys for Claimants Sherolyn DeSantis
                                                                   and Nunzio DeSantis