**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                                                         **Civ. No. 11-137 CG/KBM**

7509 JACKRABBIT STREET NE,
ALBUQUERQUE, NEW MEXICO 87113

MORE PARTICULARLY DESCRIBED AS: LOT NUMBER TEN-P-ONE (10P1),
IN BLOCK LETTERED "K", OF BERNARDO POINTE, WITHIN THE ELENA
GALLEGOS GRANT, CITY OF ALBUQUERQUE, BERNALILLO COUNTY,
NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT
THEREOF, FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO
COUNTY, NEW MEXICO, ON JUNE 21, 2005 IN PLAT BOOK 2005C, PAGE 209,

FUNDS IN THE AMOUNT OF $29,748.29
FROM CHECKING ACCOUNT NO. **9456 AND
SAFE DEPOSIT BOX NO. **0374
WELLS FARGO BANK,

HECKLER & KOCH, MODEL USP COMPACT
.40 CALIBER, SN:28-133191DE,

COLT GOVERNMENT CARBINE, MODEL AR15 A2
.223 CALIBER, SN:GC016739,

    *Defendants*,

and

SHEROLYN DESANTIS,
PAUL N. DESANTIS, AND
NUNZIO DESANTIS,

    *Claimants.*

## PARTIAL DEFAULT JUDGMENT

    This matter having come before the court on the United States' Motion for Partial Default Judgment, (Doc. 29), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court having reviewed the motion and other material matters on file and

being fully advised in the premises, FINDS:

1. The statements contained in the Praecipe, (Doc. 30), Clerk's Certificate of Partial Default, (Doc. 32), and Motion for Partial Default Judgment are true.

2. This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Partial Default Judgment.

It is therefore ORDERED that all right, title and interest of Claimant Paul N. DeSantis and all unknown Claimants in the Defendant Property are forfeited to the United States and title thereto is vested in the United States.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

  *Electronically submitted 2/23/12*
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys