IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      *Plaintiff*,

     v.                                      Civ. No. 11-137 CEG/KBM

7509 JACKRABBIT STREET NE,
ALBUQUERQUE, NEW MEXICO 87113, ET.AL.,

      *Defendants,*
and

SHEROLYN DESANTIS, AND
NUNZIO DESANTIS,

      *Claimants.*

**CERTIFICATE OF REASONABLE CAUSE**

This matter, having come before the court on plaintiff's Unopposed Motion for Entry of a 28 U.S.C. § 2465 Certificate of Reasonable Cause, (Doc. 37), the court having read the motion and being advised that claimant consents to entry of a certificate of reasonable cause, and the court being otherwise fully advised in the premises, finds that reasonable cause existed for the seizure in this case.

It is therefore ORDERED that this Certificate of Reasonable Cause be entered.

                                                    THE HONORABLE CARMEN E. GARZA
                                                    UNITED STATES MAGISTRATE JUDGE

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| *Electroncially submitted 6/14/12* |     /s/ |
| STEPHEN R. KOTZ | JASON BOWLES, ESQ. |
| CYNTHIA L. WEISMAN | Attorney for Claimants Sherolyn DeSantis |
| Assistant U.S. Attorneys | and Nunzio DeSantis |
| P.O. Box 607 | P.O. Box 25186 |
| Albuquerque, NM 87103 | Albuquerque, NM 87125-5186 |
| (505) 346-7274 | (505) 217-2680 |