## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                                                      Civ. No. 11-137 CEG/KBM

7509 JACKRABBIT STREET NE,
ALBUQUERQUE, NEW MEXICO 87113

MORE PARTICULARLY DESCRIBED AS: LOT NUMBER TEN-P-ONE (10P1),
IN BLOCK LETTERED "K", OF BERNARDO POINTE, WITHIN THE ELENA
GALLEGOS GRANT, CITY OF ALBUQUERQUE, BERNALILLO COUNTY,
NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT
THEREOF, FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO
COUNTY, NEW MEXICO, ON JUNE 21, 2005 IN PLAT BOOK 2005C, PAGE 209,

FUNDS IN THE AMOUNT OF $29,748.29 FROM CHECKING ACCOUNT NO. **9456
AND SAFE DEPOSIT BOX NO. **0374 WELLS FARGO BANK,

HECKLER & KOCH, MODEL USP COMPACT
.40 CALIBER, SN: 26-103191,

COLT GOVERNMENT CARBINE, MODEL AR15 A2
.223 CALIBER, SN:GC016739,

    *Defendants,*

and

SHEROLYN DESANTIS, AND
NUNZIO DESANTIS,

        *Claimants.*

### FINAL JUDGMENT AND ORDER OF FORFEITURE

This matter is before the Court on the Settlement Agreement and Release between the United States and Claimants Sherolyn DeSantis and Nunzio DeSantis, (Doc. 36). The Court has reviewed the settlement agreement and the record and is fully advised in the premises. The Court hereby Orders as follows:

1. All right, title, and interest of Claimants Sherolyn DeSantis and Nunzio DeSantis in Defendant Funds ($29,748.29) and Firearms are forfeited to the United States and title thereto are vested in the United States.

2. Claimants Sherolyn DeSantis and Nunzio DeSantis will pay $20,000 to the United States. All right, title, and interest in the $20,000 is forfeited to the United States and title thereto vested in the United States.

3. Upon receipt of payment, the United States will release Notice of Lis Pendens on Defendant Real Property 7509 Jackrabbit Street NE, Albuquerque, New Mexico 87113.

4. Each party will bear its own costs and attorney's fees in this case.

  
THE HONORABLE CARMEN E. GARZA  
UNITED STATES MAGISTRATE JUDGE

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| *Electroncially submitted 6/14/12* | /s/ |
| STEPHEN R. KOTZ | JASON BOWLES, ESQ. |
| CYNTHIA L. WEISMAN | Attorney for Claimants Sherolyn DeSantis |
| Assistant U.S. Attorneys | and Nunzio DeSantis |
| P.O. Box 607 | P.O. Box 25186 |
| Albuquerque, NM 87103 | Albuquerque, NM 87125-5186 |
| (505) 346-7274 | (505) 217-2680 |